FILED
MAR 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*In re*:

EMMA JEAN ANDERSON, individually,  :
and *qua* Personal Representative for the
ESTATE OF DENNIS JACK ANDERSON,  :
SENIOR (Deceased), *et alii*,
                                  :
　　　　Plaintiffs,
                                  :
versus                              Case No.: 08 0535
                                  :
ISLAMIC REPUBLIC OF IRAN, *et alii*,
                                  :
　　　　Defendants.

## ORDER

Upon the Ex Parte Motion of the Plaintiffs for a Waiver of the Requirements of Local Rule 5.1 (e), and, it appearing to the Court that the said Motion is for good cause shown, it is, hereby and herewith,

ORDERED that the said Motion be, and the same hereby is, GRANTED, and it is,

FURTHER ORDERED that the requirement of Local Rule 5.1 (e) that the "full residence address of the party " be included on the caption of the initial pleading be, and hereby is, waived; and it is,

FURTHER ORDERED that the plaintiffs file under seal a list containing the names and residence addresses of all plaintiffs within thirty (30) days of this Order, and it is,

FURTHER ORDERED that the Clerk of Court accept the Complaint for Damages submitted herewith, together with the subject Ex Parte Motion of the Plaintiffs for a Waiver of the Requirements of Local Rule 5.1 (e), and forthwith issue process directed to the defendants.

SO ORDERED.
Dated: 27 March 2008.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copy to:

Joseph Peter Drennan, Esquire
218 North Lee Street, Third Floor
Alexandria, Virginia 22314.

2