UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMMA JEAN ANDERSON, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 08-cv-535 (RCL) |
| ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

By Order dated March 27, 2008, the Court granted plaintiffs' request to waive Local Rule 5.1(e), which obligates plaintiffs to identify their current addresses. Order, Mar. 27, 2008 [2]. Recognizing the sensitive and difficult issues that arise from being victims of the horrific bombing of the U.S. Marine barracks in Beirut in 1983, the Court concluded that good cause was established for waiver of that obligation. *Id*. at 1. Instead, the Court directed "that the plaintiffs file under seal a list containing the names and residence addresses of all plaintiffs." *Id*.

Important procedural questions now require the Court to identify certain information concerning the location of the estate-plaintiffs in this case. In particular, the Court must specify what states' laws govern the creation and operation of these estates. However, according to the Court's records, plaintiffs have failed to comply with the 2008 Order waiving Local Rule 5.1(e), and thus the Court lacks access to information necessary to proceed.

The Court cannot move this case forward until it receives information sufficient to identify the state laws governing the estate-plaintiffs. Accordingly, it is hereby

2

ORDERED that within five (5) days, plaintiffs shall submit a sworn declaration stating, for each estate-plaintiff, what states' laws govern the creation and operation of the estate; it is furthermore

ORDERED that within fourteen (14) days, plaintiffs shall file under seal a list containing the names and residence addresses of all plaintiffs, as originally directed by the 2008 Order.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on November 18, 2010.