IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*In re*:                                                                :

EMMA JEAN ANDERSON, individually, and    :
qua Personal Representative of the ESTATE OF
DENNIS JACK ANDERSON, SENIOR           :
(Deceased), *et alii*,

                                                                        :

          **Plaintiffs,**

versus                                                             : Civil Action No.: 08-535 (RCL)

ISLAMIC REPUBLIC OF IRAN, *et alii*,           :

          **Defendants.**                            :

### *DECLARATION OF JOSEPH PETER DRENNAN PURSUANT TO 18 NOVEMBER 2010 ORDER OF COURT*

I, Joseph Peter Drennan, having been duly sworn, hereby depose and say as follows, *viz.*:

1. That I am counsel for the plaintiffs in respect of the above-encaptioned cause;

2. That I have perused this Honorable Court's Order of 18 November 2010 [Document 28], and that, in response thereto, now inform this Honorable Court of the states' laws governing the creation and operation of the estate for each estate-plaintiff, *viz.*:

3. That the creation and operation of the Estate of Dennis Jack Anderson, Senior, is governed by the laws of the State of Georgia, where Dennis Jack Anderson became deceased and was domiciled at the time of his decease;

4. That the creation and operation of the Estate of Andres Alverado Mirabal is governed by the laws of the State of New York, where Andres Alverado Mirabal became deceased and was domiciled at the time of his decease;

5. That the creation and operation of the Estate of Nerida Tull-Baex is governed by the laws of the Commonwealth of Puerto Rico, where Nerida Tull-Baex became deceased and was domiciled at the time of her decease; &

6. That the creation and operation of the Estate of Melvin Oley Thompson would be governed by the laws of the State of South Carolina[1], where Melvin Oley Thompson became deceased and was domiciled at the time of his decease.

I, Joseph Peter Drennan, hereby declare, under the penalties of perjury, that the foregoing is true and correct.

_____
JOSEPH PETER DRENNAN

*Jurat Clause*

SUBSCRIBED and SWORN before Me, the undersigned authority, Notary Public in and for the Commonwealth of Virginia, on this 23rd day of the month of November 2010.

_____
KARIN MARION LIEHS, NOTARY PUBLIC

My Commission expiry date is: 31 March 2012

Registration No. 7162507

Respectfully submitted,

_____
JOSEPH PETER DRENNAN
218 North Lee Street
Third Floor
Alexandria, Virginia 22314
Telephone: (703) 519-3773
Telecopier: (703) 548-4399
E-Mail: joseph@josephpeterdrennan.com
District of Columbia Unified Bar No. 358196

ATTORNEY AND COUNSELLOR
FOR PLAINTIFFS

-2-

---

[1] It bears mention that, per a legal opinion obtained, by the undersigned declarant, from South Carolina counsel, prior to the commencement of the instant action, because the late Melvin Oley Thompson became deceased over a decade prior to the institution of the instant action, South Carolina law precludes the formal opening of an estate for such estate-plaintiff. § 62-3-108 of the Code of South Carolina (1976 ann.). However, there exists a protocol under the South Carolina Code, *viz.*, § 62-3-106, which concerns estates that have not been and cannot be opened for administration whereby, inter alia, the court may take cognizance of after-discovered estate assets and determine heirs in respect thereof. Hence the commencement of the instant action with Willy George Thompson, the decedent's son, and an heir-at-law, having been designated as a guardian *ad litem* in respect of the estate.